UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAYEMA LABONI,<br><br>                            Plaintiff,<br><br>              -v.-<br><br>FIFTH THIRD BANK,<br><br>                            Defendant. | 25 Civ. 901 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received Defendant's letter seeking clarification on whether Plaintiff has filed an amended complaint or whether Defendant should file its motion to dismiss based on Plaintiff's original complaint.  (Dkt. #14). The Court notes that Plaintiff has not filed an amended complaint, even though the Court's previous order directed her to do so on or before October 1, 2025. (Dkt. #13).

The Court hereby directs Plaintiff to file on the docket either (i) an amended complaint or (ii) a letter stating that she wishes to proceed on her original complaint without further amendment on or before **November 14, 2025**.  If Plaintiff does not respond within the extended time, the Court will assume that she no longer intends to pursue this case and will dismiss it for failure to prosecute and failure to follow court orders under Rules 4 and 41 of the Federal Rules of Civil Procedure.

The current briefing schedule for Defendant's motion to dismiss is ADJOURNED.  The Court will reset the schedule if and when it receives a response from Plaintiff.

SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge