UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAYEMA LABONI,

                Plaintiff,

        -v.-

FIFTH THIRD BANK,

                Defendant.

25 Civ. 901 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Plaintiff has not filed her opposition to Defendant's motion to dismiss by the extended deadline of March 31, 2026. (*See* Dkt. #24, 26, 28). In addition, Plaintiff has not provided a reasonable basis for any further extensions. Given Plaintiff's *pro se* status, the Court is providing her with a grace period of two weeks to file her opposition, which must be submitted on or before **April 15, 2026**. The deadline for Defendant's reply is ADJOURNED accordingly to **April 29, 2026**. If Plaintiff does not file her opposition by the end of the grace period, Defendant's motion to dismiss will be considered unopposed.

      SO ORDERED.

Dated:  April 1, 2026
         New York, New York

                                  KATHERINE POLK FAILLA
                               United States District Judge