**N THE UNITED STATES DISTRICT COURT**

**FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Nayema Laboni, | ) |
| Plaintiff, | ) |
| Vs., | ) Case Number: 1:25-cv-00901-KPF |
| Fifth Third Bank | ) |
| Defendant | ) |

**MEMO ENDORSED**

**Motion for Subpoena**

Plaintiff is requesting the court to receive all the email communications that happened between account nayema.laboni@gmail.com and any account that has @53.com as its domain. This communication is going to help the plaintiff showcase proof of claims made in the petition submitted by the plaintiff.

Plaintiff will be grateful to receive all the email communications that happened between account nayema.laboni@gmail.com and any account that has @53.com as its domain.

Best Regards

Nayema

Application DENIED.

Plaintiff is not entitled to discovery at this stage of the litigation.  "No discovery conference took place between the parties during the pendency of the motion[ ] to ... dismiss, and no discovery schedule was issued.  For this reason alone, [Plaintiff] cannot conduct discovery in this Court."  *Tamm* v. *Cincinnati Ins. Co.*, No. 18 Civ. 11415 (RA) (BCM), 2020 WL 60932, at *2 (S.D.N.Y. Jan. 3, 2020); *see* Fed. R. Civ. P. 26(d)(1).

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated:    April 14, 2026          SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE