UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAYEMA LABONI.,

                              Plaintiff,

              -against-

FIFTH THIRD BANK.,

                              Defendant.

---

25 CIVIL 00901 KPF)

**<u>JUDGMENT</u>**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in

the Court's Opinion and Order dated June 18, 2026, Fifth Thirds motion to dismiss is

GRANTED. Accordingly, the case is closed.

**Dated:**   New York, New York
           June 18, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                          **Clerk of Court**

                        **BY:**

                                        _____
                                          **Deputy Clerk**